Samuel and Lillian BERGER, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 276, Docket 23408.

United States Court of Appeals Second Circuit.

Argued May 16, 1956.

Decided June 29, 1956.

Morris Horowitz, New York City, for petitioners.

Charles K. Rice, Asst. Atty. Gen. (Lee A. Jackson and Karl Schmeidler, Washington, D. C., Attorneys, Department of Justice), for respondent.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the findings of fact and the opinion of the Tax Court, Docket No. 40175, reported at 13 T.C.M. 177.

---

Joseph SACHS, doing business as Atlantic Liquor Wholesalers, Plaintiff-Appellant,

v.

BROWN–FORMAN DISTILLERS CORPORATION, Defendant-Appellee.

No. 358, Docket 23936.

United States Court of Appeals Second Circuit.

Argued May 17, 18, 1956.

Decided June 29, 1956.

Krause, Hirsch, Levin & Heilpern, New York City (Sydney Krause and Charles Singer, New York City, of counsel), for plaintiff-appellant.

White & Case, New York City (Thomas Kiernan and Ernest A. Fintel, New York City, of counsel), for defendant-appellee.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

Affirmed on the opinion of Judge Weinfeld, reported at 134 F.Supp. 9.